OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

$ 00.26⁵

02 1R
0006557458    MAR 26 2015

3/25/2015

GATSON, TIMOTHY MICHAEL Tr. Ct. No. W01-41296-V (A)    WR-82,985-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, the facts are not set out on the prescribed form.

Abel Acosta, Clerk

TIMOTHY MICHAEL GATSON
TDC # 1084238

U TF